FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PULLER BROTHERS, by partners James Elton Puller, Jr., Larry H. Puller, and Vicki I. Puller; JAMES ELTON PULLER, JR.; LARRY H. PULLER; and VICKI I. PULLER,

Defendants.

No.   4:16-CV-05148-SMJ

**ORDER DISMISSING CASE**

On December 6, 2017, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.   The parties' Stipulation for Voluntary Dismissal with Prejudice and Without Fees or Costs to Either Party, **ECF No. 18**, is **GRANTED.**

2.   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT.**

4.   All hearings and other deadlines are **STRICKEN.**

ORDER DISMISSING
CASE **-** 1

1      **5.**     The Clerk's Office is directed to **CLOSE** this file.

2      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3 provide copies to all counsel.

4      **DATED** this 7th day of December 2017.

5

6                SALVADOR MENDOZA, JR.
               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING
CASE **-** 2